FILED BY _____ P _____ D.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE   05 SEP -7 PM 12: 32
EASTERN DIVISION

**JUDGMENT IN A CIVIL CASE**   THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

DANIEL W. LYONS, III AND
CYNTHIA LYONS,

    Plaintiff(s),

VS.                                           NO. 1:04-CV-1274-T

MAZDA AMERICAN CREDIT CO.,
FRANKLIN, TENNESSEE

    Defendant(s).


[X] DECISION BY THE COURT. This action came to consideration before the Court; the issues having been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the Order entered in the above styled matter on September 6, 2005, the defendant's motion for summary judgment is GRANTED, and this cause is hereby DISMISSED.

APPROVED:

_James D. Todd_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 6 September 2005


THOMAS M. GOULD, CLERK

BY: _Shultz_____
    DEPUTY CLERK


This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on   9-07-05

/19

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 1:04-CV-01274 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Stephen W. Ragland
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

J. B. Glassman
GLASSMAN & TANSIL
204 E. Main St.
Jackson, TN 38301

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT