IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| DANIEL W. LYONS, III and<br>CYNTHIA LYONS,<br><br>   Plaintiffs,<br><br>VS.<br><br>MAZDA AMERICAN CREDIT CO. IN<br>FRANKLIN, TENNESSEE,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 04-1274-T/An<br>)<br>)<br>)<br>)<br>) |

## ORDER DENYING MOTION AS MOOT

On September 6, 2005, the Court issued an order granting the motion for summary judgment filed on behalf of the defendant. Also on that date, defendant filed a Motion to Strike Plaintiffs' Disclosures of Expert Testimony." As summary judgment has been granted, the Motion to Strike is DENIED as moot.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

7 September 2005
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  9-7-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 1:04-CV-01274 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

J. B. Glassman
GLASSMAN & TANSIL
204 E. Main St.
Jackson, TN 38301

Stephen W. Ragland
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT